# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

Marsha Gardner, individually and as )
plaintiff ad litem on behalf of Ruth Brown, )
                    Plaintiff, )
vs. ) No. 05-0961-CV-W-FJG
Merck & Co., Inc., )
                    Defendant. )

# ORDER

       The motion to withdraw (Doc. #4), filed October 26, 2005, is sustained.

Christopher R. Miller is withdrawn as an attorney of record for plaintiff.  Kenneth B.

McClain and Daniel A. Thomas of Humphrey, Farrington & McClain, P.C. remain as

counsel of record.

       Defendant's motion to stay all proceedings (Doc. #3), filed October 13, 2005, is

sustained.  This matter is stayed pending the transfer decision by the Judicial Panel on

Multidistrict Litigation.


                           /s/Fernando J. Gaitan, Jr.
                           United States District Judge

Dated:   November 30, 2005
Kansas City, Missouri